

## MOTION DOCKET

**96–1269. AL Post 763 v. Ohio Liquor Control Comm.**
Greene App. No. 95CA78. *Sua sponte,* cause consolidated for purposes of briefing and oral argument with 96–1572, 96–1575, and 96–2797, *infra,* with 96–2797 designated the lead case.

DOUGLAS, J., would dismiss the cause as having been improvidently allowed.

RESNICK, J., dissents to the court's *sua sponte* order.

**96–1572. VFW Post 4235 v. Ohio Liquor Control Comm.**
Miami App. No. 95CA42. *Sua sponte,* cause consolidated for purposes of briefing and oral argument with 96–1269, *supra,* and 96–1575 and 96–2797, *infra,* with 96–2797 designated the lead case.

DOUGLAS, J., would dismiss the cause as having been improvidently allowed.

RESNICK, J., dissents to the court's *sua sponte* order.

**96–1575. VFW Post 4615 v. Ohio Liquor Control Comm.**
Miami App. No. 95CA41. *Sua sponte,* cause consolidated for purposes of briefing and oral argument with 96–1269 and 96–1572, *supra,* and 96–2797, *infra,* with 96–2697 designated the lead case.

DOUGLAS, J., would dismiss the cause as having been improvidently allowed.

RESNICK, J., dissents to the court's *sua sponte* order.

**96–1875. Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 94–1964–EL–CSS, 95–1139–EL–COI, 95–1140–EL–COI, 95–299–EL–AIR and 95–300–EL–AIR. On motion for stay of appeal. Motion granted.

RESNICK, J., not participating.

**96–2578. J.A. Croson Co. v. J.A. Guy, Inc.**
Pickaway App. No. 95CA10. On motion for admission *pro hac vice* of Maurice Baskin. Motion granted.

**96–2620. Grace v. Koch.**
Hamilton App. No. C–950802. On motion for leave to supplement the record. Motion granted.

**96–2657. State ex rel. Red Head Brass, Inc. v. White.**
Holmes App. No. 96CA556. On request for oral argument and on motion to participate in oral argument. Request and motion denied.

**96–2797. AL Post 0184 v. Ohio Liquor control Comm.**
Miami App. No. 96CA17. *Sua sponte,* cause consolidated for purposes of briefing and oral argument with 96–1269, 96–1572, and 96–1575, *supra,* with 96–2797 designated the lead case.

DOUGLAS, J., would dismiss the cause as having been improvidently allowed.

RESNICK, J., dissents to the court's *sua sponte* order.

**97–14. J.A. Croson Co. v. J.A. Guy, Inc.**
Pickaway App. No. 95CA10. On motion for admission *pro hac vice* of Maurice Baskin. Motion granted.